# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 21, 2018

156225

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

CAROL ANN KERN, Successor Trustee of the
FRANK KERN, III LIVING TRUST,
      Plaintiff-Appellant,

v

                                       SC: 156225
                                       COA: 330183
                                       Oakland CC: 2012-127856-CB

BONNIE KERN-KOSKELA, LARRY KOSKELA,
CHRISTOPHER KELLY, MAXITROL COMPANY,
MERTIK MAXITROL, INC., DAVID KALL,
MICHAEL LATIFF, and McDONALD HOPKINS,
LLC,
      Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the June 20, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 21, 2018



t0314

                        Clerk